# rjn Robert J Nahoum PC

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2024**

# MEMO ENDORSED

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

---

> Application GRANTED. The settlement conference previously scheduled for December 11, 2024, is hereby ADJOURNED to **January 28, 2025, at 2:15 p.m.** No later than January 21, 2025, the parties must submit by email a confidential joint letter updating the Court on the status of settlement negotiations and reporting their latest demand and offer. **SO ORDERED.**
>
> *[signature]*
>
> **Barbara Moses
> United States Magistrate Judge
> December 10, 2024**

December 10, 2024

**VIA ECF**

Honorable Barbara Moses
U.S. District Court - S.D.N.Y.
40 Foley Square
New York, NY 10007

   Re:   *Sanchez v. Liberty Chevrolet, Inc. et al*
         Case Number: 24-cv-04234-PAE

Dear Honorable Judge Barbara Moses:

   This office represents plaintiff Megan Sanchez in this matter. I write jointly with counsel for all defendants to respectfully request that the settlement conference currently scheduled for Wednesday, December 11, 2024, at 2:15 a.m. be adjourned to January 28, 2025, or another date convenient to the Court.

   The reason for this request is that the parties been actively engaged in settlement discussions, are close to a resolution, and believe that given more time and spared the expense of the settlement conference as schedule, a settlement may be more likely.

   All parties consent to this request and no previous request to adjourn this date has been made. Thank you in advance for your consideration. Should have any questions, please do not hesitate to contact me.

   Thank you for your consideration.

                                                           Respectfully submitted

                                                           *[signature]*

                                                           ROBERT J. NAHOUM

---