

*The Hudson Valley*
*(Main Office):*
*1 Blue Hill Plaza, Suite 1509,*
*Pearl River, NY 10965*
Ph:  (845) 450-2906
Fax:  (888) 450-8640

*Brooklyn*
48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:   (718) 514-6026
Fax:  (888) 450-8640

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

January 27, 2025

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 1/27/2025

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Barbara Moses
U.S. District Court - S.D.N.Y.
40 Foley Square
New York, NY 10007

      Re:    <u>Sanchez v. Liberty Chevrolet, Inc. et al</u>
              <u>Case Number:24-cv-04234-PAE</u>

Dear Honorable Judge Barbara Moses:

      This office represents plaintiff Megan Sanchez in this matter. I write to respectfully request that the settlement conference currently scheduled for Tuesday, January 28, 2025, at 2:15 p.m., be adjourned so that I may move to be relieved as counsel.

      In the interest of preserving attorney client communications and so as to avoid prejudicing the Plaintiff, I am not at liberty to disclose the particular issues and conflicts that have arisen. However, I submit that an adjournment of the settlement conference is appropriate so as to avoid wasting the time of the various participants.

      All parties consent to this request. One previous request to adjourn this conference has been made on different grounds and granted. Thank you in advance for your consideration and I apologize for the lateness of this application.

      Should have any questions, please do not hesitate to contact me.

Respectfully submitted

ROBERT J. NAHOUM

---

For the reasons discussed during today's pre-settlement conference call, the settlement conference scheduled for January 28, 2025 is hereby ADJOURNED to **February 6, 2025 at 2:15 p.m.** The parties' joint pre-conference status update is due by email no later than **February 4, 2025**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 27, 2025