```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025
```

# LYDECKER

NEW YORK | NEW JERSEY | FLORIDA | PENNSYLVANIA | CALIFORNIA | GEORGIA | TEXAS

NATIONAL LITIGATION LAW FIRM

# MEMO ENDORSED

> Application GRANTED to the extent that the settlement conference previously scheduled for February 6, 2025 is hereby ADJOURNED to **February 26, 2025 at 2:15pm**. The parties' joint pre-conference statement is due by email no later than **February 19, 2025**. The parties must submit a separate letter to Judge Engelmayer requesting adjournment of the February 19, 2025 case management conference. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> January 30, 2025

<u>Via E-Mail</u>
Hon. Barbara Moses, U.S.M.J.
United States District Judge
U.S. District Court-S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   **Meghan Sanchez v. Liberty Chevrolet, Inc. d/b/a Bronx Honda, et al.**
      Civil Action No. 1:24-cv-04234
      File No. 51691

Judge Moses:

As you know, this firm represents Defendants, Liberty Chevrolet, Inc. d/b/a Bronx Honda ("Liberty Chevrolet"), and American Honda Finance Corporation ("AHFC") (collectively "Defendants"), in the above-referenced matter.

Your Honor recently set a settlement conference for February 6, 2024. Unfortunately, my client representative is unavailable that day. After conferring with counsel and Your Honor's chambers, the parties respectfully request that the conference be adjourned and provide suggested dates of February 24-26, 2025 to re-schedule same.

Additionally, a case management conference is currently scheduled for February 19, 2025 pursuant to the Case Management Plan and Scheduling Order issued on September 25, 2024 (ECF No. 22). Plaintiff's counsel has advised that he is not available that date. As such, the parties request that said conference be adjourned to a date to be determined following the settlement conference.

I have my adversary's consent in filing this letter motion.

Should you have any questions or concerns, please do not hesitate to contact the undersigned

Sincerely,
/s/ Michael I. Goldman
Michael I. Goldman, Esq.