

**NATIONAL LITIGATION LAW FIRM**

January 30, 2025

<u>**Via ECF**</u>
Hon. Paul A. Engelmayer, U.S.D.J.
U.S. District Court-S.D.N.Y.
Thurgood Marshall Unite States Courthouse
40 Foley Square
New York, New York 10007

Re:  Meghan Sanchez v. Liberty Chevrolet, Inc. d/b/a Bronx Honda, et al.
     Civil Action No. 1:24-cv-04234
     File No. 51691

Judge Engelmayer:

This firm represents Defendants, Liberty Chevrolet, Inc. d/b/a Bronx Honda ("Liberty Chevrolet"), and American Honda Finance Corporation ("AHFC") (collectively "Defendants"), in the above-referenced matter. A case management conference is currently scheduled for February 19, 2025 pursuant to the Case Management Plan and Scheduling Order issued on September 25, 2024 (ECF No. 22). Plaintiff's counsel has advised that he is not available that date. As such, the parties request that said conference be adjourned to a date to be following the settlement conference currently scheduled for February 26, 2025.

I have my adversary's consent in filing this letter motion.

Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Sincerely,
/s/ Michael I. Goldman
Michael I. Goldman, Esq.

cc:  Robert J. Nahoum, Esq. (via e-mail)

GRANTED. No further extensions. The case management conference is hereby rescheduled to March 5, 2025, at 2:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: January 31, 2025

200 Broadhollow Road · Suite 207 · Melville · New York 11747 | Tel: 631.260.1110 | Fax: 631.336.2030 | www.lydecker.com